**No. 09-9042. Laurie Marie Laskey, Petitioner v. RCN Corporation.**

559 U.S. 1064, 130 S. Ct. 2102, 176 L. Ed. 2d 718, 2010 U.S. LEXIS 3269.

April 19, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit dismissed. See Rule 39.8.

Same case below, 357 Fed. Appx. 139.

**No. 09-9074. Steven Kent Bloom, Petitioner v. Elizabeth L. Rice, et al.**

559 U.S. 1064, 130 S. Ct. 2105, 176 L. Ed. 2d 718, 2010 U.S. LEXIS 3123.

April 19, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Appeals of Kansas dismissed. See Rule 39.8.

Same case below, 203 P.2d 1282.